## Commonwealth ex rel. Diamond, Appellant, *v.* Pennsylvania Board of Parole.

Submitted May 23, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*James Diamond,* appellant, in propria persona.

*Frank P. Lawley, Jr.,* Deputy Attorney General, and *David Stahl,* Attorney General, for Pennsylvania Board of Parole, appellee.

OPINION PER CURIAM, June 28, 1962:

The relator filed a petition for writ of mandamus in the Court of Common Pleas of Dauphin County. There is no merit whatsoever to the petition and the court below properly dismissed it.

Order affirmed.